

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-15-00157-CV

**IN RE** Angie Leigh **STRICKLAND**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On March 31, 2015, real party in interest Jackie Payne filed a motion for extension of time to file a response to the petition for writ of mandamus in this court. The motion is GRANTED. Any response on behalf of the respondent or real party in interest is now due by April 10, 2015.

It is so **ORDERED** on April 2, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-557-CCL, styled *In the Interest of F.S. and E.B., Children*, pending in the County Court at Law, Kendall County, Texas, the Honorable Michael Peden presiding.